PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>            v.<br><br>CHRISTIAN JIMENEZ-RODRIGUEZ, aka<br>Christina Gomez and Christian Gomez-Rodriguez<br><br>                        Defendant. | CASE NO. 5:23-MJ-00019-CDB<br><br>ORDER TO UNSEAL CASE |

   Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

   Dated:   **June 1, 2023**         _____
                                      UNITED STATES MAGISTRATE JUDGE

2