PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00019-CDB |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| CHRISTIAN JIMENEZ-RODRIGUEZ, aka Christian Gomez and Christian Gomez-Rodriguez | |
| Defendant. | |

The parties stipulate as follows:

1. The complaint was filed in this district on May 31, 2023, and the defendant made his initial appearance on June 2, 2023. The Court scheduled a preliminary hearing for June 16, 2023.

2. The government produced initial discovery to the defense on June 8, 2023.

3. The parties agree to continue the preliminary hearing until July 14, 2023, at 2:00 p.m., before the duty Magistrate Judge.

4. The parties agree that good cause exists for the extension because the extension is required to allow the defense reasonable time for preparation and for the government's continuing investigation of the case. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Finally, the parties agree that the period from June 13, 2023, through and July 14, 2023, should be excluded.  Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

| Dated:  June 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | */s/ Joseph Barton*<br>JOSEPH D. BARTON<br>Assistant United States Attorney |
| Dated:  June 8, 2023 | */s/ Erin Snider*<br>Erin Snider<br>Counsel for Christian Jimenez-Rodriguez |

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN JIMENEZ-RODRIGUEZ, aka Christian Gomez and Christian Gomez-Rodriguez<br><br>Defendant. | CASE NO. 5:23-MJ-00019-CDB<br><br>ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDE TIME |

The Court has read and considered the parties' stipulation to continue the preliminary hearing and exclude time. The Court finds there is good cause for the continuance so as to allow the defense reasonable time for preparation and for the government's continuing investigation of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

///

///

///

3

Therefore, for good cause shown:

1. The preliminary hearing is continued from June 16, 2023, until **July 14, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**, and the defendant shall appear at that time before the Magistrate Judge on duty; and

2. The period from June 13, 2023, through July 14, 2023, shall be excluded.

IT IS SO ORDERED.

Dated: __**June 13, 2023**__        ____/s/ *Barbara A. McAuliffe*____
                                     UNITED STATES MAGISTRATE JUDGE